| | | |
|---|---|---|
| THE TORO COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:25-cv-163 |
| | ) | |
| v. | ) | |
| | ) | |
| DAYE NORTH AMERICA INC. AND | ) | JURY TRIAL DEMANDED |
| NINGBO DAYE GARDEN | ) | |
| MACHINERY CO., LTD. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## COMPLAINT

Plaintiff, the Toro Company ("Plaintiff" or "Toro"), through its undersigned attorneys, for its Complaint against Defendants Daye North America Inc. ("Daye NA") and Ningo Daye Garden Machinery Co., Ltd. ("Ningbo Daye") (collectively, "Defendants" or "Daye"), states and alleges as follows:

## NATURE OF THE ACTION

1.      This is a patent infringement action arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et. seq.*, regarding Defendants' infringement of U.S. Patent No. 8,539,745 ("the '745 Patent").

## THE PARTIES

2.      Toro is a Delaware corporation with a principal place of business located at 8111 Lyndale Avenue South, Bloomington, MN 55420.

3.      Daye NA is a North Carolina corporation with a principal place of business located at 901 Tuckaseegee Road, Charlotte, NC 28208.

4.      On information and belief, Ningbo Daye is a Chinese limited company with a principal place of business located in Yuyao, Ningbo, Zhejiang, China.

5.      On information and belief, Daye NA is a wholly owned subsidiary of Ningbo Daye.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction over this case under 28 U.S.C. §§ 1331 and 1338(a) because the claims herein arise under the patent laws of the United States, 35 U.S.C. §§ 1 *et. seq*.

7.      This Court has general personal jurisdiction over Daye NA because Daye NA is incorporated in North Carolina. Daye NA is registered to do business in North Carolina and may be served through its registered agent Matthew R. Ragland at 901 Tuckaseegee Road, Charlotte, NC 28208.

8.      This Court has personal jurisdiction over Ningbo Daye because Ningbo Daye purposefully availed itself to the privileges of conducting commercial activity in North Carolina and the United States. Ningbo Daye manufactures components of the infringing Echo LM-3022SP Mower and ships the components to Daye NA in North Carolina. Ningbo Daye directs and controls Daye NA to assemble the Echo LM-3022SP Mower in North Carolina. Ningbo Daye directs and controls Daye NA to sell and distribute the Echo LM-3022SP Mower from North Carolina, and to retailers and customers in North Carolina. Because of Ningbo Daye's own conduct and direction and control over its subsidiary Daye NA's conduct in this forum, Ningbo Daye may reasonably expect to face litigation arising from that conduct in North Carolina.

9.      This Court also has personal jurisdiction over Ningbo Daye because Ningbo Daye purposefully availed itself to the privileges of conducting commercial activity in North Carolina and the United States because it had committed acts of patent infringement in North Carolina,

2

including, for example, making, using, importing, offering for sale, and/or selling the Echo LM-3022SP Mower in North Carolina.

10.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) because Daye NA is incorporated in North Carolina, and its principal place of business and registered office is in this judicial district at 901 Tuckaseegee Road, Charlotte, NC 28208. Pursuant to 28 U.S.C. § 1391(c), Ningbo Daye can be sued in any judicial district, including this judicial district.

## FACTUAL BACKGROUND

11.     Founded in 1914, Toro is a leading worldwide provider of innovative solutions for the outdoor environment, including turf and landscape maintenance, snow and ice management, underground utility construction, rental and specialty construction, and irrigation and outdoor lighting solutions.

12.     Toro's high-quality goods are built as a result of Toro's innovative and development-driven culture. As an innovative company, Toro invests significant resources in research and development. Toro protects those investments by patenting the innovations it develops and those developed by its subsidiaries.

13.     One such innovation is the dual-bladed walk power lawnmower with rear bagging mode, as shown and described in the '745 Patent.

14.     Daye is an outdoor power equipment manufacturer. Toro and Daye are direct competitors in the residential and professional turf and landscape maintenance markets, including the market for lawnmowers.

## PATENT-IN-SUIT

15.     On September 24, 2013, U.S. Patent No. 8,539,745, titled "Dual Bladed Walk Power Mower with Rear Bagging Mode," was duly and legally issued from U.S. Patent

3

Application No. 13/312,433, filed on December 6, 2011. Attached as <u>Exhibit A</u> is a true and correct copy of the '745 Patent.

16.    Toro owns all right, title, and interest in and to the '745 Patent and has held all right, title, and interest in and to the '745 Patent for all relevant times, including the right to sue for and collect past, present, and future damages.

17.    The '745 Patent was the result of years of research and development and relates to walk power mowers with a pair of rotary, side-by-side cutting blades that discharge grass clipping into a grass collection bag in rear bagging mode. The '745 Patent is embodied by Toro's TimeMaster® mower.



**DEFENDANTS' INFRINGING PRODUCT**

18.    Daye makes, uses, offers to sell, and sells the Echo LM-3022SP Mower within the United States, and/or imports the Echo LM-3022SP Mower into the United States. The Echo LM-3022SP Mower is shown below:

4



(Exhibit B; Exhibit C.)

19.     Attached as Exhibit D is a true and correct copy of the Operator's Manual for the Echo LM-3022SP Mower.

20.     On information and belief, Daye NA sells the Echo LM-3022SP Mower to home improvement retailer The Home Depot.

21.     On information and belief, Ningbo Daye manufactures every component of the Echo LM-3022SP Mower other than the engine. Ningbo Daye imports the components of the Echo LM-3022SP Mower into the United States to be assembled by Daye NA. The product label on the Echo LM-3022SP Mower states:

MADE IN CHINA
Engine Made in USA, Assembled from Global Parts
Manufactured by Ningbo Daye Garden Machinery Co., Ltd.
No. 58 jinfeng Rd, Yuyao, Zhejian, China, 315403

5



22. On information and belief, Daye NA assembles in the United States the Echo LM-3022SP Mower units that it sells to Home Depot. Daye NA assembles the Echo LM-3022SP Mower using the components imported by Ningbo Daye and a Briggs & Stratton engine.

## COUNT I – DAYE NA'S DIRECT INFRINGEMENT OF U.S. PATENT NO. 8,539,745
### 35 U.S.C. § 271(a)

23. Toro incorporates the preceding paragraphs by reference as if set forth fully as part of this Count.

24. Daye NA has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, at least claims 1–7 of the '745 Patent by making, using, selling, offering for sale, and/or importing at least the Echo LM-3022SP Mower.

25. Claim 1 of the '745 Patent reads as follows:

1. A walk power mower having a rear bagging mode, which comprises:

(a) a mower deck having a downwardly facing cutting chamber which encloses a pair of rotary side-by-side cutting blades whose orbits are positioned relative to one another to collectively cut an unbroken swath of grass that is wider than a width of the orbit of either blade alone, wherein the blades rotate about vertical axes in the same direction relative to the cutting chamber so that grass clippings cut by one blade merge with grass clippings cut by the other blade with the merged clippings forming a single common stream of clippings that is generally rearwardly directed along one side of the cutting chamber;

6

(b) a plurality of ground engaging wheels carried on the mower deck for supporting the mower deck for rolling over the ground;

(c) a handle assembly carried on the mower deck to permit an operator who is walking on the ground behind the mower deck to grip the handle assembly to guide and manipulate the mower deck during movement of the mower deck, the handle assembly including a pair of laterally spaced, upwardly inclined, and rearwardly extending handle tubes attached to opposite sides of the mower deck;

(d) a power source carried atop the mower deck for rotating the cutting blades;

(e) wherein the mower deck includes only a single rearwardly extending grass discharge tunnel for receiving the common stream of clippings generated by the blades, the tunnel having a rear discharge opening located adjacent a rear end of the mower deck, wherein the rear discharge opening faces rearwardly and is positioned on the mower deck to discharge the common stream of clippings received from the cutting chamber into a space that is positioned laterally between lower portions of the handle tubes when viewed from above; and

(f) a grass collection bag having a mouth that in the rear bagging mode is mated with the rear discharge opening of the tunnel to receive and collect the common stream of clippings being discharged by the tunnel, the grass collection bag extending substantially rearwardly from the mouth thereof to a rear end which is located beneath the handle tubes.

26.     Walk power mowers are operated by a user who walks on the ground behind the mower when operating the mower. The Echo LM-3022SP Mower is a walk power mower with a rear bagging mode. (Exhibit C; Exhibit D at 14, 22; Exhibit E.)



(<u>Exhibit C</u>.)

## Mower Functions

This lawn mower functions three ways: rear bagging, mulching, and side discharging. Each function requires different accessories. See table for accessory usage by function.

| To Convert Mower | Mulching plug | Grass Bag | Side Discharge Chute |
|---|---|---|---|
| For rear bagging | × | √ | × |
| For mulching | √ | × | × |
| For side discharging | √ | × | √ |

(<u>Exhibit D</u> at 14.)

27.     The Echo LM-3022SP Mower deck has a downwardly facing cutting chamber with a pair of cutting blades. The orbits of the cutting blades overlap such that they collectively cut an unbroken swath of grass that is wider than the orbit of the individual blades.

8

5. Install first blade assembly perpendicular to cutting width of deck and the second blade perpendicular to the first, forming a "T".

6. Rotate blades by hand to ensure they do not contact one another. If blades contact one another they are mounted improperly. Repeat mounting instructions until they no longer contact one another.



(Exhibit D at 31; Exhibit E; Exhibit F.)

28.     The blades are installed with the cutting edge on the same side, such that the blades must rotate about vertical axes in the same direction relative to the cutting chamber.



9



(Exhibit D at 28; Exhibit E; Exhibit F.)

29.     In operation, the grass clippings cut by each blade merge to form a single common stream (green arrows) directed toward the rear discharge opening (pink) on one side of the cutting chamber.



(Exhibit D at 31; Exhibit E.)

30.     The Echo LM-3022SP Mower has a plurality of ground engaging wheels.



(Exhibit D at 11; Exhibit E.)

31.     The Echo LM-3022SP Mower has a handle assembly including a pair of laterally spaced, upward inclined, and rearwardly extending handle tubes attached to opposite sides of the mower deck. During operation, an operator grips the handle assembly to guide and manipulate the mower.



(Exhibit D at 11; Exhibit E.)

32.     The Echo LM-3022SP Mower contains a Briggs & Stratton PXi1000 engine. The engine is located atop the mower deck and powers the rotation of the cutting blades.

12



(Exhibit D at 11; Exhibit E; Exhibit G.)

33. The Echo LM-3022SP Mower includes a single "rear discharge chute" located at the rear end of the mower deck for receiving the common stream of grass clippings. The discharge opening faces rearwardly to discharge the common stream of grass clippings into the space laterally between the lower portions of the handle tubes.

1. Raise the rear cover (1).
2. Install the mulching plug (2) into the rear discharge chute until the latch locks into place.
3. Lower the rear cover.



13



(Exhibit D at 16, 31; Exhibit E; Exhibit G.)

34.     The Echo LM-3022SP Mower includes a grass collection bag that collects the common stream of clippings discharged from the rear discharge tunnel. The grass collection bag extends rearwardly beneath the handle tubes.



(Exhibit D at 15; Exhibit E.)

35.     Toro has complied with 35 U.S.C. § 287 at all relevant times. At all relevant times Toro has affixed to its products a S/N tag with the word "PATENT" that directs the customer to the websites www.ttcopats.com and www.toro.com. Exhibits G and H are true and correct copies of www.ttcopats.com from April 6, 2022, and February 26, 2025, respectively.

14



36. Daye NA's infringement has been, and is, willful and deliberate. Daye has had actual notice of the '745 Patent at least as early as February 28, 2025, and admittedly long before such date.

37. Daye NA's knowing and willful infringement of the '745 Patent makes this an exceptional case.

38. Toro is entitled to an award of enhanced damages under 35 U.S.C. § 284 and its attorney's fees under at least 35 U.S.C. § 285.

39. Toro has been damaged by Daye NA's infringement and will continue to be damaged in the future unless Daye NA is preliminarily and permanently enjoined from infringing the '745 Patent.

40. Daye NA's making, using, selling, importing, and/or offering for sale or the Echo LM-3022SP Mower will continue to cause Toro irreparable harm.

41. Retailers and customers in the professional and residential turf and landscape maintenance markets tend to be brand loyal. For example, professional landscape maintenance customers often purchase "fleets" of landscape maintenance equipment from the same brand. As the fleet ages, the customer often replaces aging equipment with new equipment of the same brand. Daye NA's direct competition will cause Toro irreparable harm in that it will lose out on potential lifetime customers, the value of which is not quantifiable with money damages.

15

## COUNT II – NINGBO DAYE'S DIRECT INFRINGEMENT OF U.S. PATENT NO. 8,539,745
### 35 U.S.C. § 271(a)

42.     Toro incorporates the preceding paragraphs by reference as if set forth fully as part of this Count.

43.     Ningbo Daye has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, at least claims 1–7 of the '745 Patent by making, using, selling, offering for sale, and/or importing at least the Echo LM-3022SP Mower.

44.     Claim 1 of the '745 Patent reads as follows:

1.  A walk power mower having a rear bagging mode, which comprises:

(a) a mower deck having a downwardly facing cutting chamber which encloses a pair of rotary side-by-side cutting blades whose orbits are positioned relative to one another to collectively cut an unbroken swath of grass that is wider than a width of the orbit of either blade alone, wherein the blades rotate about vertical axes in the same direction relative to the cutting chamber so that grass clippings cut by one blade merge with grass clippings cut by the other blade with the merged clippings forming a single common stream of clippings that is generally rearwardly directed along one side of the cutting chamber;

(b) a plurality of ground engaging wheels carried on the mower deck for supporting the mower deck for rolling over the ground;

(c) a handle assembly carried on the mower deck to permit an operator who is walking on the ground behind the mower deck to grip the handle assembly to guide and manipulate the mower deck during movement of the mower deck, the handle assembly including a pair of laterally spaced, upwardly inclined, and rearwardly extending handle tubes attached to opposite sides of the mower deck;

(d) a power source carried atop the mower deck for rotating the cutting blades;

(e) wherein the mower deck includes only a single rearwardly extending grass discharge tunnel for receiving the common stream of clippings generated by the blades, the tunnel having a rear discharge opening located adjacent a rear end of the mower deck, wherein the rear discharge opening faces rearwardly and is positioned on the mower deck to discharge the common stream of clippings received from the cutting chamber into a space that is positioned laterally between lower portions of the handle tubes when viewed from above; and

16

(f) a grass collection bag having a mouth that in the rear bagging mode is mated with the rear discharge opening of the tunnel to receive and collect the common stream of clippings being discharged by the tunnel, the grass collection bag extending substantially rearwardly from the mouth thereof to a rear end which is located beneath the handle tubes.

45. Walk power mowers are operated by a user who walks on the ground behind the mower when operating the mower. The Echo LM-3022SP Mower is a walk power mower with a rear bagging mode. (Exhibit C; Exhibit D at 14, 22; Exhibit E.)



(Exhibit C.)

## Mower Functions

This lawn mower functions three ways: rear bagging, mulching, and side discharging. Each function requires different accessories. See table for accessory usage by function.

| To Convert Mower | Mulching plug | Grass Bag | Side Discharge Chute |
|---|---|---|---|
| For rear bagging | × | √ | × |
| For mulching | √ | × | × |
| For side discharging | √ | × | √ |

(<u>Exhibit D</u> at 14.)

46. The Echo LM-3022SP Mower deck has a downwardly facing cutting chamber with a pair of cutting blades. The orbits of the cutting blades overlap such that they collectively cut an unbroken swath of grass that is wider than the orbit of the individual blades.



(<u>Exhibit D</u> at 31; <u>Exhibit E</u>; <u>Exhibit F</u>.)

47. The blades are installed with the cutting edge on the same side, such that the blades must rotate about vertical axes in the same direction relative to the cutting chamber.



18



(Exhibit D at 28; Exhibit E; Exhibit F.)

48.     In operation, the grass clippings cut by each blade merge to form a single common stream (green arrows) directed toward the rear discharge opening (pink) on one side of the cutting chamber.



(Exhibit D at 31; Exhibit E.)

49.     The Echo LM-3022SP Mower has a plurality of ground engaging wheels.



(Exhibit D at 11; Exhibit E.)

50. The Echo LM-3022SP Mower has a handle assembly including a pair of laterally spaced, upward inclined, and rearwardly extending handle tubes attached to opposite sides of the mower deck. During operation, an operator grips the handle assembly to guide and manipulate the mower.



(Exhibit D at 11; Exhibit E.)

51. The Echo LM-3022SP Mower contains a Briggs & Stratton PXi1000 engine. The engine is located atop the mower deck and powers the rotation of the cutting blades.

21



(Exhibit D at 11; Exhibit E; Exhibit G.)

52.     The Echo LM-3022SP Mower includes a single "rear discharge chute" located at the rear end of the mower deck for receiving the common stream of grass clippings. The discharge opening faces rearwardly to discharge the common stream of grass clippings into the space laterally between the lower portions of the handle tubes.

1.  Raise the rear cover (1).
2.  Install the mulching plug (2) into the rear discharge chute until the latch locks into place.
3.  Lower the rear cover.





(Exhibit D at 16, 31; Exhibit E; Exhibit G.)

53.　　The Echo LM-3022SP Mower includes a grass collection bag that collects the common stream of clippings discharged from the rear discharge tunnel. The grass collection bag extends rearwardly beneath the handle tubes.



1. Raise the rear cover (1).
2. Install the grass catcher (2) on rear of mower.
3. Ensure the pegs (3) on both sides of the grass catcher engage the grooves in the mower frame (4).
4. Lower the rear cover.

(Exhibit D at 15; Exhibit E.)

54.　　Toro has complied with 35 U.S.C. § 287 at all relevant times. At all relevant times Toro has affixed to its products a S/N tag with the word "PATENT" that directs the customer to the websites www.ttcopats.com and www.toro.com. Exhibits G and H are true and correct copies of www.ttcopats.com from April 6, 2022, and February 26, 2025, respectively.



55.     Ningbo Daye's infringement has been, and is, willful and deliberate. Ningbo Daye has had actual notice of the '745 Patent at least as early as February 28, 2025, and admittedly long before such date.

56.     Ningbo Daye's knowing and willful infringement of the '745 Patent makes this an exceptional case.

57.     Toro is entitled to an award of enhanced damages under 35 U.S.C. § 284 and its attorney's fees under at least 35 U.S.C. § 285.

58.     Toro has been damaged by Ningbo Daye's infringement and will continue to be damaged in the future unless Ningbo Daye is preliminarily and permanently enjoined from infringing the '745 Patent.

59.     Ningbo Daye's making, using, selling, importing, and/or offering for sale or the Echo LM-3022SP Mower will continue to cause Toro irreparable harm.

60.     Retailers and customers in the professional and residential turf and landscape maintenance markets tend to be brand loyal. For example, professional landscape maintenance customers often purchase "fleets" of landscape maintenance equipment from the same brand. As the fleet ages, the customer often replaces aging equipment with new equipment of the same brand. Ningbo Daye's direct competition will cause Toro irreparable harm in that it will lose out on potential lifetime customers, the value of which is not quantifiable with money damages.

## COUNT III - INDIRECT INFRINGEMENT OF U.S. PATENT NO. 8,539,745
### 35 U.S.C. §§ 271(b), (c)

61.    Toro incorporates the preceding paragraphs by reference as if set forth fully as part of this Count.

62.    Daye NA has directly infringed and continues to directly infringe, literally and/or under the doctrine of equivalents, at least claims 1–7 of the '745 Patent by making, using, selling, offering for sale, and/or importing at least the Echo LM-3022SP Mower.

63.    Ningbo Daye has indirectly infringed and continues to indirectly infringe, literally and/or under the doctrine of equivalents, at least claims 1–7 of the '745 Patent by making, using, selling, offering for sale, and/or importing components of at least the Echo LM-3022SP Mower and/or directing and controlling Daye NA to make, use, sell, offer for sale, and/or import at least the Echo LM-3022SP Mower.

64.    Ningbo Daye contributorily infringes the '745 Patent at least by making, selling, and/or importing each and every component of the Echo LM-3022SP Mower other than the engine.

65.    On information and belief, Ningbo Daye had knowledge of the '745 Patent and knowledge that Daye NA's conduct infringes the '745 Patent prior to the filing of this lawsuit, at least through a conversation between Toro's in-house counsel and Daye's in-house counsel well before the filing of this complaint.

66.    On information and belief, Ningbo Daye knows that each and every component of the Echo LM-3022SP Mower other than the engine is specially made and/or adapted for use in the infringing Echo LM-3022SP Mower. Ningbo Daye knowingly and with specific intent directs and controls Daye NA to assemble the Echo LM-3022SP Mower using the parts made, sold, and/or imported by Ningbo Daye.

67.     On information and belief, Ningbo Daye knows that each and every component of the Echo LM-3022SP Mower other than the engine is not a staple article of commerce suitable for substantial non-infringing use.

68.     Ningbo Daye knowingly and with specific intent induces Daye NA to infringe the '745 Patent at least by making, selling, and/or importing each and every component of the Echo LM-3022SP Mower other than the engine and by directing and controlling Daye NA to assemble and sell the Echo LM-3022SP Mower in the United States.

69.     Toro has complied with 35 U.S.C. § 287 at all relevant times. At all relevant times Toro has affixed to its products a S/N tag with the word "PATENT" that directs the customer to the websites www.ttcopats.com and www.toro.com. Exhibits H and I are true and correct copies of www.ttcopats.com from April 6, 2022, and February 26, 2025, respectively.



70.     Ningbo Daye's infringement has been, and is, willful and deliberate. Ningbo Daye has had actual notice of the '745 Patent prior to February 28, 2025, and admittedly well before such date.

71.     Ningbo Daye's knowing and willful infringement of the '745 Patent makes this an exceptional case.

72.     Toro is entitled to an award of enhanced damages under 35 U.S.C. § 284 and its attorney's fees under at least 35 U.S.C. § 285.

26

73. Toro has been damaged by Ningbo Daye's infringement and will continue to be damaged in the future unless Ningbo Daye is preliminarily and permanently enjoined from infringing the '745 Patent.

74. Ningbo Daye's making, using, selling, and/or offering for sale or the Echo LM-3022SP Mower and/or direction and control of Daye NA to make, use, sell, and/or offer to sale will continue to cause Toro irreparable harm.

75. Retailers and customers in the professional and residential turf and landscape maintenance markets tend to be brand loyal. For example, professional landscape maintenance customers often purchase "fleets" of landscape maintenance equipment from the same brand. As the fleet ages, the customer often replaces aging equipment with new equipment of the same brand. Daye's direct competition will cause Toro irreparable harm in that it will lose out on potential lifetime customers, the value of which is not quantifiable with money damages.

## PRAYER FOR RELIEF

WHEREFORE, based on the foregoing allegations and claims, Toro requests the following relief:

a. A judgment that Daye has directly and/or indirectly infringed, literally and/or under the doctrine of equivalents, United States Patent No. 8,539,745 pursuant to 35 U.S.C. §§ 271(a)–(c);

b. An injunction preliminarily and permanently enjoining and restraining Defendants, their officers, directors, agents, servants, employees, attorneys and all others acting under or through them, directly or indirectly, from infringing United States Patent No. 8,539,745;

27

c.      A judgment and order requiring Daye to pay damages to Toro under 35 U.S.C. § 284, including treble damages for willful infringement as provided by 35 U.S.C. § 284, with interest;

d.      A judgment and order finding that this case is exceptional pursuant to 35 U.S.C. § 285;

e.      A judgment and order directing Daye to pay the costs of this action (including all disbursements) and attorney fees, with interest; and

f.      Such other and further relief as this Court may deem just and equitable.

### Demand for Jury Trial

Plaintiff hereby demands a jury trial on all issues so triable.


                                        By its attorneys,


Dated: <u>March 7, 2025</u>              <u>s/ David M. Wilkerson</u>
                                        David M. Wilkerson
                                        N.C. Bar No. 35742
                                        The Van Winkle Law Firm
                                        11 N. Market Street
                                        Asheville, NC 28804
                                        (828) 258-2991
                                        dwilkerson@vwlawfirm.com

                                        Thomas J. Leach (*pro hac vice* forthcoming)
                                        MERCHANT & GOULD P.C.
                                        150 South Fifth Street, Suite 2200
                                        Minneapolis, MN 55402
                                        (612) 332-5300
                                        tleach@merchantgould.com

                                        *Counsel for Plaintiff*
                                        *The Toro Company*